Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **The Truck Depot LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-4568471** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**23012 NE Sandy Blvd.**<br>**Fairview, OR 97024**<br>Number, Street, City, State & ZIP Code<br><br>**Multnomah**<br>County | **Mailing address, if different from principal place of business**<br><br>**11956 NE Glisan, Suite 200**<br>**Portland, OR 97220**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

| Debtor | **The Truck Depot LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

| Debtor | **The Truck Depot LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | Case number, if known | |
| | When | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

| Debtor | **The Truck Depot LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | The Truck Depot LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July 5, 2023**
MM / DD / YYYY

**X /s/ Aurel Davidyan**            **Aurel Davidyan**
Signature of authorized representative of debtor            Printed name

Title  **President**

**18. Signature of attorney**

**X /s/ Ted A. Troutman**            Date **July 5, 2023**
Signature of attorney for debtor            MM / DD / YYYY

**Ted A. Troutman**
Printed name

**Troutman Law Firm P.C.**
Firm name

**5075 SW Griffith Dr.**
**Ste 220**
**Beaverton, OR 97005**
Number, Street, City, State & ZIP Code

Contact phone  **503-292-6788**            Email address  **tedtroutman@sbcglobal.net**

**844470 OR**
Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Oregon

In re **The Truck Depot LLC**             Case No.
                                     Debtor(s)        Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept            $      **26,738.00**
   Prior to the filing of this statement I have received      $      **26,738.00**
   Balance Due                                           $      **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
          **N/A**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
          **All services to be billed at an hourly rate**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **July 5, 2023** | **/s/ Ted A. Troutman** |
| *Date* | **Ted A. Troutman** |
| | *Signature of Attorney* |
| | **Troutman Law Firm P.C.** |
| | **5075 SW Griffith Dr.** |
| | **Ste 220** |
| | **Beaverton, OR 97005** |
| | **503-292-6788  Fax: 503-596-2371** |
| | **tedtroutman@sbcglobal.net** |
| | *Name of law firm* |

**Fill in this information to identify the case:**

Debtor name: __The Truck Depot LLC__

United States Bankruptcy Court for the: __DISTRICT OF OREGON__

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __July  5, 2023__

X __/s/ Aurel Davidyan__
Signature of individual signing on behalf of debtor

**Aurel Davidyan**
Printed name

**President**
Position or relationship to debtor

Official Form 202       **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:
Debtor name | **The Truck Depot LLC**
United States Bankruptcy Court for the: **DISTRICT OF OREGON**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **1993 Inter Vivos Trust Geraldine K. Bash Trustee Lynn M. Griffith, Trustee 9511 NE Skidmore Portland, OR 97220** | | **Promissory Note** | | | | **$300,000.00** |
| **Asher Holdings, LLC 20628 NE Interlachen Lane Fairview, OR 97024** | | **Lease Arrears Multnomah County Circuit Court Case No. 23LT08449** | | | | **$202,928.00** |
| **Daniel Lorenz, Legal Owner c/o American Estate & Trust, LC fbo Daniel Lorenz IRA 6900 Westcliff Dr., Suite 603 Las Vegas, NV 89145** | | **Promissory Note** | | | | **$200,000.00** |
| **David & Danielle Smith 12709 NW 31st Ave. Vancouver, WA 98685** | | **Promissory Note** | | | | **$150,000.00** |
| **Joel & Susan Bohrer POB 16044 Portland, OR 97292** | | **Promissory Note** | | | | **$150,000.00** |

| Debtor | The Truck Depot LLC | | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **John Deere Construction & Forestry** c/o John C. May, CEO One John Deere Place Moline, IL 61265 | | **Breach of Contract Multnomah Country Circuit Court Case No, 23CV20229** | | | | $180,553.00 |
| **Legend Advance Funding II, LLC** c/o Michael Petrycki, Managing Membere 360 Madison Avenue, 12th Floor New York, NY 10017 | | | | $80,000.00 | $0.00 | $80,000.00 |
| **Mark Russo** 14706 NE Rawson Mill Rd. Brush Prairie, WA 98606 | | **Loan** | | | | $205,000.00 |
| **Maupin Investment Group** 3110 SE 58th Portland, OR 97206 | | **Promissory Note** | | | | $300,000.00 |
| **Michael Teeny** 10135 SE Clatsop St. Portland, OR 97266 | | **Promissory Note** | | | | $100,000.00 |
| **Mustard Seed Holdings** 20628 NE Interlachen Lane Fairview, OR 97024 | | **Promissory Note** | | | | $150,000.00 |
| **Nathane & Joanna Aufmuth** 2130 NE 230th Court Fairview, OR 97024 | | **Promissory Note** | | | | $300,000.00 |
| **Norm & Sandy Jager** 912 NE Edgewood Drive Albany, OR 97321 | | **Promissory Note** | | | | $100,000.00 |
| **Porfily Ventures** POB 672 Prineville, OR 97754 | | **Breach of Contract** | | | | $97,070.52 |
| **Rapid Finance Loan** 4500 East West Highway Bethesda, MD 20814 | | **Loan** | | | | $158,386.96 |
| **Roger & Penelope Dorsey** 2480 NE Division St. Gresham, OR 97080 | | **Promissory Note** | | | | $150,000.00 |

| Debtor | **The Truck Depot LLC** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Small Business Administration Headquarters**<br>**c/o Linda McMahon, Administrator**<br>**409 3rd Street SW**<br>**Washington, DC 20416** | | | | $83,106.00 | $0.00 | $83,106.00 |
| **T Dock, LLC**<br>**750 NE Columbia Blvd.**<br>**Portland, OR 97211** | | **Unpaid Rent & Charges** | | | | $67,634.19 |
| **The Port of Portland**<br>**c/o Sheree Hilscher**<br>**POB 3529**<br>**Portland, OR 97208** | | **Multnomah County Circuit Court Case No. 23CV15793** | | | | $559,842.40 |
| **The Teeny Family Revocable Trust**<br>**c/o Rick & Deborah Teeny**<br>**20628 NE Interlachen Lane**<br>**Fairview, OR 97024** | | **Promissory Note** | | $750,050.00 | $0.00 | $750,050.00 |

Ted A. Troutman, OSB #844470
Troutman Law Firm, PC
5075 SW Griffith Dr., Suite 220
Beaverton, OR 97005
(503) 292-6788
tedtroutman@sbcglobal.net

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re: | Case No. |
| THE TRUCK DEPOT LLC, | CERTIFICATE OF SERVICE |
| Debtor(s). | |

I, Lisette Barajas, Declare as follow:

I certify that on **July 5, 2023**, I served, by **first class mail**, a full and true copy of the attached **List of Creditors Holding 20 Largest Unsecured Claims, Labels of the 20 Largest Unsecured Creditors and Certificate of Service** on the following by causing a copy thereof to be placed in a sealed envelope, postage prepaid, addressed as shown below, in the U.S. Mail at Beaverton, Oregon on the date indicated below:

**The Truck Depot LLC**
**11956 NE Glisan St., Suite 200**
**Portland OR 97220**

**Office of the United States Trustee**
**1220 SW 3rd Avenue, Room 315**
**Portland, OR 97204**

Dated: **July 5, 2023**

/s/ Lisette Barajas
Lisette Barajas, Legal Assistant to
Ted A. Troutman

Page 1 Certificate of Service

In re **The Truck Depot LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Aurel Davidyan**<br>**8101 NE 14th Place**<br>**Portland, OR 97211** | **Owner** | | **100%** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **July 5, 2023**

Signature **/s/ Aurel Davidyan**
**Aurel Davidyan**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders