☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 26, 2023**      X **/s/ Aurel Davidyan**
                                           Signature of individual signing on behalf of debtor

                                            **Aurel Davidyan**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

Debtor name  **The Truck Depot LLC**

United States Bankruptcy Court for the:  **DISTRICT OF OREGON**

Case number (if known):  **23-31457-pcm11**

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **1993 Inter Vivos Trust Geraldine K. Bash Trustee Lynn M. Griffith, Trustee 9511 NE Skidmore Portland, OR 97220** | | **Promissory Note (possibly secured by Teeny UCC)** | | | | **$300,000.00** |
| **Asher Holdings, LLC 20628 NE Interlachen Lane Fairview, OR 97024** | | **Lease Arrears Multnomah County Circuit Court Case No. 23LT08449** | | | | **$202,928.00** |
| **Daniel Lorenz, Legal Owner c/o American Estate & Trust, LC fbo Daniel Lorenz IRA 6900 Westcliff Dr., Suite 603 Las Vegas, NV 89145** | | **Promissory Note (possibly secured by Teeny UCC)** | | | | **$200,000.00** |
| **David & Danielle Smith 12709 NW 31st Ave. Vancouver, WA 98685** | | **Promissory Note (possibly secured by Teeny UCC)** | | | | **$150,000.00** |
| **E & M Constructors, LLC PO Box 80638 Portland, OR 97280** | | **Services** | | | | **$74,897.73** |
| **Joel & Susan Bohrer POB 16044 Portland, OR 97292** | | **Promissory Note (possibly secured by Teeny UCC)** | | | | **$150,000.00** |

Case 23-31457-pcm11    Doc 44    Filed 07/26/23

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **John Deere Construction & Forestry c/o John C. May, CEO One John Deere Place Moline, IL 61265** | | **Breach of Contract Multnomah Country Circuit Court Case No, 23CV20229** | | | | $180,553.00 |
| **Legend Advance Funding II, LLC c/o Michael Petrycki, Managing Membere 360 Madison Avenue, 12th Floor New York, NY 10017** | | **Loan** | | | | $80,000.00 |
| **Mark Russo 808 SE Commerce Ave. Unit 120 Battle Ground, WA 98604** | | **Promissory Note (possibly secured by Teeny UCC)** | | | | $205,000.00 |
| **Maupin Investment Group 3110 SE 58th Portland, OR 97206** | | **Promissory Note** | | | | $300,000.00 |
| **Michael Teeny 10135 SE Clatsop St. Portland, OR 97266** | | **Promissory Note (possibly secured by Teeny UCC)** | | | | $100,000.00 |
| **Mustard Seed Holdings 20628 NE Interlachen Lane Fairview, OR 97024** | | **Promissory Note (possibly secured by Teeny UCC)** | | | | $150,000.00 |
| **Nathane & Joanna Aufmuth 22047 NE Lachenview Ln. Fairview, OR 97024** | | **Promissory Note (possibly secured by Teeny UCC)** | | | | $300,000.00 |
| **Norm & Sandy Jager 912 NE Edgewood Drive Albany, OR 97321** | | **Promissory Note (possibly secured by Teeny UCC)** | | | | $100,000.00 |
| **Porfily Ventures POB 672 Prineville, OR 97754** | | **Breach of Contract** | | | | $97,070.52 |
| **Rapid Finance Loan 4500 East West Highway Bethesda, MD 20814** | | **Loan** | | | | $158,386.96 |

Case 23-31457-pcm11    Doc 44    Filed 07/26/23

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Roger & Penelope Dorsey 2480 NE Division St. Gresham, OR 97080** | | **Promissory Note (possibly secured by Teeny UCC)** | | | | **$150,000.00** |
| **T Dock, LLC 750 NE Columbia Blvd. Portland, OR 97211** | | **Unpaid  Rent & Charges** | | | | **$67,634.19** |
| **The Port of Portland c/o Sheree Hilscher POB 3529 Portland, OR 97208** | | **Multnomah County Circuit Court Case No. 23CV15793** | | | | **$559,842.40** |
| **The Teeny Family Revocable Trust c/o Rick & Deborah Teeny 20628 NE Interlachen Lane Fairview, OR 97024** | | **All Property (also secures other third party notes listed on Schedule F)** | | **$750,050.00** | **$416,031.50** | **$417,124.50** |

Case 23-31457-pcm11    Doc 44    Filed 07/26/23

**Fill in this information to identify the case:**

Debtor name    **The Truck Depot LLC**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)    **23-31457-pcm11**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................    $      0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................    $      416,031.50

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................    $      416,031.50

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $      1,080,299.83

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................    $      7,803.47

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................    +$      3,918,744.38

4.   Total liabilities ........................................................................................
    Lines 2 + 3a + 3b    $      5,006,847.68

Case 23-31457-pcm11    Doc 44    Filed 07/26/23

Debtor name     **The Truck Depot LLC**

United States Bankruptcy Court for the:     DISTRICT OF OREGON

Case number (if known)     **23-31457-pcm11**

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | **Checking** | **5880** | **$115.55** |
| 3.2. | **Bank of America** | **Checking** | **4458** | **$3,205.35** |
| 3.3. | **Wells Fargo Bank** | **Checking** | **5491** | **$903.60** |

**4. Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Arbitration Award against EXCL Logistics** | **$39,492.00** |

**5. Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$43,716.50**

| Part 2: | Deposits and Prepayments |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

- ■ No.  Go to Part 4.
- ☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

- ■ No.  Go to Part 5.
- ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ☐ No.  Go to Part 6.
- ■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **Cleaning Supplies & Office Maintenance Supplies (St. Louis Location)** | | $0.00 | | $600.00 |
| | **Office Supplies & Tangibles (St. Louis Location)** | | $0.00 | | $200.00 |
| | **Power Tools, Misc. Hand Tools & Ladders & Pallets (St. Louis Location)** | | $0.00 | | $1,300.00 |
| | **Power Tools, Misc. Hand Tools, Forklift & Electric Pallet Jack & Manual Pallet Jack (Portland Location)** | | $0.00 | | $15,000.00 |
| | **Cleaning Supplies & Office Maintenance Supplies (Oregon Location)** | | $0.00 | | $290.00 |

23. **Total of Part 5.**

    Add lines 19 through 22.  Copy the total to line 84.

**$17,390.00**

24. **Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Office Furniture, Desks & Chairs (St. Louis Location)** | **$0.00** | | **$2,500.00** |
| **Office Furniture, Desks & Chairs (Oregon Location)** | **$0.00** | | **$28,560.00** |
| 40. **Office fixtures** **Misc. Kitchen Supplies, Kitchen Equipment & Kitchen Utensils (St. Louis Location)** | **$0.00** | | **$1,000.00** |
| **Misc. Kitchen Supplies, Kitchen Equipment, Kitchen Utensils & Storage (Oregon Location)** | **$0.00** | | **$1,710.00** |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Security System DVR & Monitor Setup, Batteries & Chargers (St. Louis Location)** | **$0.00** | | **$2,500.00** |
| **Office Computers, TV, & Electronics (St. Louis Location)** | **$0.00** | | **$500.00** |
| **Computers, TV's & Office Electronics (Oregon** | **$0.00** | | **$27,059.00** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

   **$63,829.00**

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2021 Ford F-250** | **$0.00** | | **$71,096.00** |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
|    **John Deere 310S Wheel Loader Backhoe** | **$0.00** | | **$110,000.00** |
|    **John Deere 344L Wheel Loader** | **$0.00** | | **$110,000.00** |

51.    **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

   **$291,096.00**

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☐ Yes Fill in the information below.

**Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☐ Yes Fill in the information below.

**All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **The Truck Depot LLC**                    Case number *(If known)* **23-31457-pcm11**
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $43,716.50 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $17,390.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $63,829.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $291,096.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $416,031.50 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $416,031.50 |

Case 23-31457-pcm11    Doc 44    Filed 07/26/23

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Ally Financial, Inc.** | Describe debtor's property that is subject to a lien | $57,293.00 | $71,096.00 |
|---|---|---|---|---|

Creditor's Name

**c/o CT Corporation System, RA**
**780 Commercial St. SE, Suite 100**
**Salem, OR 97301**

**2021 Ford F-250**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4926**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $98,680.55 | $110,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o CT Corporation System, RA**
**400 E Court Ave.**
**Des Moines, IA 50309**

**John Deere 310S Wheel Loader Backhoe**

Creditor's mailing address

Describe the lien
**Security Agreement**

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**8734**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **John Deere Financial** | **Describe debtor's property that is subject to a lien** | $91,170.28 | $110,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **John Deere 344L Wheel Loader** | | |

**c/o CT Corporation System, RA**
**400 E Court Ave.**
**Des Moines, IA 50309**
Creditor's mailing address

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8056**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Small Business Administration** | **Describe debtor's property that is subject to a lien** | $83,106.00 | $416,031.50 |
|---|---|---|---|---|
| | Creditor's Name | **All Property** | | |

**Headquarters**
**c/o Linda McMahon, Administrator**
**409 3rd Street SW**
**Washington, DC 20416**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **The Teeny Family Revocable Trust** | **Describe debtor's property that is subject to a lien** | $750,050.00 | $416,031.50 |
|---|---|---|---|---|

| Creditor's Name | |
|---|---|
| **c/o Rick & Deborah Teeny**<br>**20628 NE Interlachen Lane**<br>**Fairview, OR 97024** | **All Property**<br>**(also secures other third party notes listed on**<br>**Schedule F)** |
| Creditor's mailing address | **Describe the lien** |
| | _____ |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| | **As of the petition filing date, the claim is:** |
| **Do multiple creditors have an**<br>**interest in the same property?** | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority. | ☐ Unliquidated |
| | ☐ Disputed |

| | |
|---|---|
| 3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,080,299.83 |

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did<br>you enter the related creditor? | Last 4 digits of<br>account number for<br>this entity |
|---|---|---|
| **Small Business Administration**<br>**14925 Kingsport Rd.**<br>**Fort Worth, TX 76155** | Line **2.4** | |
| **Wesley J. Nell**<br>**Oregon & Seattle District Offices**<br>**US Small Business Administration**<br>**2401 Fourth Avenue, Suite 400**<br>**Seattle, WA 98121** | Line **2.4** | |

Debtor name **The Truck Depot LLC**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known) **23-31457-pcm11**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Alexander Bobrusev**<br>**13175 Royal Pines Drive, Unit 5**<br>**Saint Louis, MO 63146** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,750.00 | $1,750.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Owed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Emanuella Fedosov**<br>**5535 SE Firwood St.**<br>**Portland, OR 97222** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $816.00 | $816.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Owed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 23-31457-pcm11    Doc 44    Filed 07/26/23

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,887.47** | **$1,887.47** |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Solutions**
**PO Box 7346**
**Philadelphia, PA 19101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Federal Tax Obligation**

Last 4 digits of account number **TaxID**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$900.00** | **$900.00** |
|---|---|---|---|---|

**Michael Carr**
**8809 Gillette Avenue Apt. G**
**Saint Louis, MO 63136**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Owed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,350.00** | **$1,350.00** |
|---|---|---|---|---|

**Mykola Levytskyi**
**1686 Florina Blvd.**
**Saint Charles, MO 63303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Owed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ODR - Bkcy**
**955 Center NE #353**
**Salem, OR 97301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Precautionary**

Last 4 digits of account number **TaxID**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,100.00 | $1,100.00 |
|---|---|---|---|---|

2.7  Priority creditor's name and mailing address

**Quentin Berry**
**1919 Easther Street**
**Alton, IL 62002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

**3.**  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300,000.00 |
|---|---|---|---|

**1993 Inter Vivos Trust**
**Geraldine K. Bash Trustee**
**Lynn M. Griffith, Trustee**
**9511 NE Skidmore**
**Portland, OR 97220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**
**(possibly secured by Teeny UCC)**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,796.57 |
|---|---|---|---|

**AG-TREP OFI**
**3657 Briarpark Dr, Suite 300**
**Houston, TX 77042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,903.21 |
|---|---|---|---|

**American Express**
**PO Box 60189**
**City of Industry, CA 91716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Date(s) debt was incurred _

Last 4 digits of account number  **4005**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44.00 |
|---|---|---|---|

**American Express**
**PO Box 60189**
**City of Industry, CA 91716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Date(s) debt was incurred _

Last 4 digits of account number  **1100**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180.19 |
|---|---|---|---|

**Aquaone**
**PO Box 8210**
**Amarillo, TX 79114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 23-31457-pcm11    Doc 44    Filed 07/26/23

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$202,928.00** |
|---|---|---|---|

**Asher Holdings, LLC**
**20628 NE Interlachen Lane**
**Fairview, OR 97024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lease Arrears**
**Multnomah County Circuit Court Case No. 23LT08449**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41,217.32** |
|---|---|---|---|

**Bradford**
**10440 N Central Expressway,  Suite 1150**
**Dallas, TX 75231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Commission Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,500.00** |
|---|---|---|---|

**Bridgetown Industries**
**23605 NE Halsey Street, Suite C**
**Troutdale, OR 97060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Deposit Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,056.88** |
|---|---|---|---|

**Bruckner Truck Sales**
**35680 LBJ Freeway**
**Dallas, TX 75241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,494.37** |
|---|---|---|---|

**Chase**
**POB 94014**
**Palatine, IL 60094-4014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2896**

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,524.14** |
|---|---|---|---|

**Cintas Corporation**
**1801 Big Town Blvd., Suite 1000**
**Mesquite, TX 75149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Daniel & Andrea Lorenz**
**6900 Westcliff Drive, Suite 603**
**Las Vegas, NV 89145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Promissory Note**
**(possibly secured by Teeny UCC)**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 23-31457-pcm11    Doc 44    Filed 07/26/23

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------------|

**Daniel Lorenz, Legal Owner**
**c/o American Estate & Trust, LC**
**fbo Daniel Lorenz IRA**
**6900 Westcliff Dr., Suite 603**
**Las Vegas, NV 89145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Promissory Note**
**(possibly secured by Teeny UCC)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------------|

**David & Danielle Smith**
**12709 NW 31st Ave.**
**Vancouver, WA 98685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Promissory Note**
**(possibly secured by Teeny UCC)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$74,897.73** |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------------|

**E & M Constructors, LLC**
**PO Box 80638**
**Portland, OR 97280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,357.20** |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------------|

**Glenn Hegar**
**Texas Controller of Public Accounts**
**P.O. Box 13528**
**Austin, TX 78711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,371.38** |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------------|

**Heurlin, Potter, Jahn, Leatham,**
**Holtmann & Stoker , PS**
**P.O. BOX 611**
**Vancouver, WA 98666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------------|

**Joel & Susan Bohrer**
**POB 16044**
**Portland, OR 97292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Promissory Note**
**(possibly secured by Teeny UCC)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$180,553.00** |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------------|

**John Deere Construction & Forestry**
**c/o John C. May, CEO**
**One John Deere Place**
**Moline, IL 61265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Breach of Contract**
**Multnomah Country Circuit Court Case No, 23CV20229**

Last 4 digits of account number  **0229**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,424.12** |
|---|---|---|---|

**Kimball Midwest Dept.**
**L-2780**
**Columbus, OH 43260**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80,000.00** |
|---|---|---|---|

**Legend Advance Funding II, LLC**
**c/o Michael Petrycki, Managing Membere**
**360 Madison Avenue, 12th Floor**
**New York, NY 10017**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,879.01** |
|---|---|---|---|

**Lumen Collections**
**11350 McCormick Road, Suite 800**
**Hunt Valley, MD 21031**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,370.92** |
|---|---|---|---|

**Mansfield**
**P.O.BOX  2979**
**Atlanta, GA 30059**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$205,000.00** |
|---|---|---|---|

**Mark Russo**
**808 SE Commerce Ave. Unit 120**
**Battle Ground, WA 98604**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Promissory Note__
__(possibly secured by Teeny UCC)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00** |
|---|---|---|---|

**Maupin Investment Group**
**3110 SE 58th**
**Portland, OR 97206**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Promissory Note__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,248.25** |
|---|---|---|---|

**McCarthy, Burgess & Wolff**
**26000 Cannon Rd.**
**Cleveland, OH 44146**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Collection Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Michael Teeny**
**10135 SE Clatsop St.**
**Portland, OR 97266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Promissory Note__
**(possibly secured by Teeny UCC)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,274.23** |
|---|---|---|---|

**Missouri Dept. of Labor &**
**Industrial Relations**
**P.O.BOX 59**
**Jefferson City, MO 65104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,065.55** |
|---|---|---|---|

**Mitchell Welding Supply**
**P.O. BOX 692**
**Terrell, TX 75160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|

**Mustard Seed Holdings**
**20628 NE Interlachen Lane**
**Fairview, OR 97024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Promissory Note__
**(possibly secured by Teeny UCC)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300,000.00** |
|---|---|---|---|

**Nathane & Joanna Aufmuth**
**22047 NE Lachenview Ln.**
**Fairview, OR 97024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Promissory Note__
**(possibly secured by Teeny UCC)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Norm & Sandy Jager**
**912 NE Edgewood Drive**
**Albany, OR 97321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Promissory Note__
**(possibly secured by Teeny UCC)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$97,070.52** |
|---|---|---|---|

**Porfily Ventures**
**POB 672**
**Prineville, OR 97754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Breach of Contract__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Case 23-31457-pcm11    Doc 44    Filed 07/26/23

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$39,926.91** |
|------|---|---|---|

**Rapid Finance Loan**
**4500 East West Highway**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$158,386.96** |
|------|---|---|---|

**Rapid Finance Loan**
**4500 East West Highway**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$647.49** |
|------|---|---|---|

**RMS - Waste Management**
**PO Box 1964**
**Southgate, MI 48195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|------|---|---|---|

**Roger & Penelope Dorsey**
**2480 NE Division St.**
**Gresham, OR 97080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Promissory Note**
**(possibly secured by Teeny UCC)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,000.00** |
|------|---|---|---|

**Starmark Transport Inc.**
**23424 NE Halsey Street, Suite 202**
**Wood Village, OR 97060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$59,952.46** |
|------|---|---|---|

**Steve Montagna Real Estate LLC**
**454 Keller Parkway**
**Keller, TX 76248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Comission Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$67,634.19** |
|------|---|---|---|

**T Dock, LLC**
**750 NE Columbia Blvd.**
**Portland, OR 97211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid  Rent & Charges**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,758.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**The Cincinnati Insurance Companies**
POB 145620
Cincinnati, OH 45250

Date(s) debt was incurred _

Last 4 digits of account number  5682

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,608.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**The Paintsmiths of Missouri, Inc.**
1612 Fairview Ave
Saint Louis, MO 63132

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $559,842.40 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**The Port of Portland**
c/o Sheree Hilscher
POB 3529
Portland, OR 97208

Date(s) debt was incurred _

Last 4 digits of account number  5793

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Multnomah County Circuit Court Case No. 23CV15793**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,831.38 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**United Shippers Corporation**
1601 N Columbia Blvd.
Portland, OR 97217

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorney's Fees from Case No. 22CV36780**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Vladimir Nesterenco**
14509 NE 11th Street
Vancouver, WA 98684

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|------|--------------------------|----------------------------------------------------------------------------|------------------------------------------|
| 4.1 | **Arbitration Serevice of Portland, Inc.**<br>9830 SW McKenzie St.<br>Portland, OR 97223 | Line  **3.33**<br><br>☐ Not listed. Explain _____ | _ |
| 4.2 | **Craig Russillo**<br>Schwabe Williamson & Wyatt, PC<br>1211 SW 5th Ave., Suite 1900<br>Portland, OR 97204 | Line  **3.6**<br><br>☐ Not listed. Explain _____ | _ |

Case 23-31457-pcm11    Doc 44    Filed 07/26/23

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **David B. Gray**<br>**Attorney at Law**<br>**12275 SW 2nd Street**<br>**Beaverton, OR 97005** | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Davis Galm Law Firm**<br>**Attorneys at Law**<br>**12220 SW First Street**<br>**Beaverton, OR 97005** | Line **3.43**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Dunn Carney Allen Higgins & Tongue, LLP**<br>**Attorney's at Law**<br>**851 SW Sixth Avenue, Suite 1500**<br>**Portland, OR 97204** | Line **3.44**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Gregory Lynch**<br>**Lynch Murphy McLane LLP**<br>**747 SW Mill View Way**<br>**Bend, OR 97702** | Line **3.33**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **John C. Grellner**<br>**Berger Cohen & Brandt, LC**<br>**8000 Maryland Ave., Suite 1550**<br>**Saint Louis, MO 63105** | Line **3.42**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **John Deere Construction & Forestry**<br>**6400 NW 86th Street**<br>**Johnston, IA 50131** | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **John Deere Financial**<br>**6400 NW 86th Street**<br>**Johnston, IA 50131** | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Legend Advance Funding II, LLC**<br>**800 Brickell Avenue Suite 902**<br>**Miami, FL 33131** | Line **3.21**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Multnomah County Circuit Court**<br>**Case No. 23LT08449**<br>**1200 SW 1st Ave.**<br>**Portland, OR 97204** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Multnomah County Circuit Court**<br>**Case No. CV2315793**<br>**1200 SW 1st Ave.**<br>**Portland, OR 97204** | Line **3.43**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Multnomah County Circuit Court**<br>**Case No. 23CV20229**<br>**1200 SW 1st Ave.**<br>**Portland, OR 97204** | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **TEC Equipment**<br>**750 NE Columbia Blvd.**<br>**Portland, OR 97211** | Line **3.40**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 7,803.47 |
| **5b. Total claims from Part 2** | 5b. + | $ 3,918,744.38 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,926,547.85 |

Case 23-31457-pcm11    Doc 44    Filed 07/26/23

Fill in this information to identify the case:

Debtor name **The Truck Depot LLC**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known) **23-31457-pcm11**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest    **(rejecting lease)**<br><br>State the term remaining<br><br>List the contract number of any government contract | **ARC CF Hawn, LLC**<br>**c/o Apricus Realty Capital, LLC**<br>**14643 Dallas Parkway, Suite 950**<br>**Dallas, TX 75254** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest    **Sublease of Loading Docks & Parking**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Global Freight Services, Inc.**<br>**994 Saylor Ave.**<br>**Elmhurst, IL 60126** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest    **Sublease of Loading Docks & Parking**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Mikolow Tansport, Inc.**<br>**15w641 Patricia Lane**<br>**Elmhurst, IL 60126** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest    **(rejecting lease)**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Triten Real Estate Partners, LLC**<br>**310 Thatcher Ave.**<br>**Saint Louis, MO 63147** |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

#### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **AG-TREP OFI Portfolio Property Owner LLC** | **c/o CT Corporation System, RA 120 S. Central Avenue Saint Louis, MO 63105** | **The Paintsmiths of Missouri, Inc.** | ☐ D _____ ■ E/F __3.42__ ☐ G _____ |
| 2.2 | **Aurel Davidyan** | **8101 NE 14th Place Portland, OR 97211** | **Asher Holdings, LLC** | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |
| 2.3 | **Aurel Davidyan** | **8101 NE 14th Place Portland, OR 97211** | **Vladimir Nesterenco** | ☐ D _____ ■ E/F __3.45__ ☐ G _____ |
| 2.4 | **Aurel Davidyan** | **8101 NE 14th Place Portland, OR 97211** | **The Teeny Family Revocable Trust** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.5 | **Aurel Davidyan** | **8101 NE 14th Place Portland, OR 97211** | **American Express** | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |

Case 23-31457-pcm11    Doc 44    Filed 07/26/23

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Aurel Davidyan** | 8101 NE 14th Place<br>Portland, OR 97211 | **Chase** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.7 | **Aurel Davidyan** | 8101 NE 14th Place<br>Portland, OR 97211 | **John Deere Construction & Forestry** | ☐ D _____<br>■ E/F __3.19__<br>☐ G _____ |
| 2.8 | **Aurel Davidyan** | 8101 NE 14th Place<br>Portland, OR 97211 | **Legend Advance Funding II, LLC** | ☐ D _____<br>■ E/F __3.21__<br>☐ G _____ |
| 2.9 | **Aurel Davidyan** | 8101 NE 14th Place<br>Portland, OR 97211 | **Bruckner Truck Sales** | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.10 | **Aurel Davidyan** | 8101 NE 14th Place<br>Portland, OR 97211 | **Mansfield** | ☐ D _____<br>■ E/F __3.23__<br>☐ G _____ |
| 2.11 | **Aurel Davidyan** | 8101 NE 14th Place<br>Portland, OR 97211 | **Cintas Corporation** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.12 | **Aurel Davidyan** | 8101 NE 14th Place<br>Portland, OR 97211 | **Mitchell Welding Supply** | ☐ D _____<br>■ E/F __3.29__<br>☐ G _____ |
| 2.13 | **Kristina Davidyan** | 8101 NE 14th Place<br>Portland, OR 97211 | **The Teeny Family Revocable Trust** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |

Case 23-31457-pcm11    Doc 44    Filed 07/26/23

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** |
|---|---|---|

| 2.14 | **OFI 3 STL,**<br>**Thatcher, LLC** | **c/o Graham Kasey, Registered Agent**<br>**800 E. 101st Terrace, Suite 120**<br>**Kansas City, MO 64131** | **The Paintsmiths of**<br>**Missouri, Inc.** | ☐ D _____<br>■ E/F ___3.42___<br>☐ G _____ |

Debtor name  **The Truck Depot LLC**

United States Bankruptcy Court for the:  DISTRICT OF OREGON

Case number (if known)  **23-31457-pcm11**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**  **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,213,786.36** |
   | **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$3,114,929.52** |
   | **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$2,877,585.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **MTR Western**<br>**8101 NE 11th Avenue**<br>**Portland, OR 97211** | 06/02/2023 | $17,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Back Rent for location on NE 11th** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Truck Depot Brokerage LLC**<br>**8101 NE 11th Street**<br>**Portland, OR 97211**<br>**Owned by Aruel Davidyan** | 06/20/23 | $10,000.00 | **Loan Repayment** |
| 4.2. **Davidyan Holdings**<br>**23012 NE Sandy Blvd.**<br>**Fairview, OR 97024**<br>**Owned by Aruel Davidyan** | 07/03/2023 | $11,000.00 | |
| 4.3. **Aurel Davidyan**<br>**8101 NE 14th Place**<br>**Portland, OR 97211**<br>**Owner** | 07/2022 - 07/2023 | $470,000.00 | **Owner Draws** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Asher Holdings LLC v The Truck Depot LLC** **23LT08449** | **FED** | **Multnomah County Circuit Court** **1200 SW 1st Ave.** **Portland, OR 97204** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **John Deere Construction & Forestry Company v The Truck Depot LLC et al** **23CV20229** | **Breach of Contract** | **Multnomah County Circuit Court** **1200 SW 1st Ave.** **Portland, OR 97204** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. **The Port of Portland v The Truck Depot LLC** **23CV15793** | **Breach of Contract** | **Multnomah County Circuit Court** **1200 SW 1st Ave.** **Portland, OR 97204** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.4. **United Shippers Corporation v The Truck Depot LLC** **22CV36780** | **Civil** | **Multnomah County Circuit Court** **1200 SW 1st Ave.** **Portland, OR 97204** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.5. **The Paintsmiths of Missouri v AG-TREP OFI et al** **2222-AC10791** | **Arbitration** | **Circuit Court of St. Louis City** **10 N. Tucker Blvd** **Saint Louis, MO 63101** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.6. **The Truck Depot LLC v EXCL Logistics** **21-2-03238-31** | **Arbitration Award** | **Snohomish County Superior Court** **3000 Rockefeller Ave** **Everett, WA 98201** | ☐ Pending ☐ On appeal ■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **Restoration Hearts of Ministry** **5107 NE 94th Ave Suite D** **Vancouver, WA 98662** | **Cash Gift** | **2022** | **$5,500.00** |
| **Recipients relationship to debtor** **None** | | | |
| 9.2. **GoFundMe - Boris Stelma** | **Cash Gift** | **2022** | **$1,000.00** |
| **Recipients relationship to debtor** | | | |

Case 23-31457-pcm11    Doc 44    Filed 07/26/23

| Part 5: | Certain Losses |
|---------|----------------|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Troutman Law Firm, PC**<br>**5075 SW Griffith Drive, Suite 220**<br>**Beaverton, OR 97005** | | **07/01/2023** | **$26,763.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---------|--------------------|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1. **Truck Depot Services, LLC** 11954 NE Glisan St. Portland, OR 97220 | **Repair Shop** | EIN:   88-3008973 From-To   6/2/2022 - 4/1/2023 |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Camelia Cocan**<br>**CFO of The Truck Depot LLC**<br>**11956 NE Glisan #200**<br>**Portland, OR 97220** | **2020 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Camelia Cocan**<br>**CFO of The Truck Depot LLC**<br>**11956 NE Glisan #200**<br>**Portland, OR 97220** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Aurel Davidyan**<br>**8101 NE 14th Place**<br>**Portland, OR 97211** | **$470,000** | **07/2022 -**<br>**07/2023** | **Owner Draws** |
| Relationship to debtor<br>**Owner** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 26, 2023**

**/s/ Aurel Davidyan**                                    **Aurel Davidyan**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes